IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GAIL JOHNSON | CIVIL ACTION |
|---|---|
| v. | No. 19-5022 |
| RICHARD V. SPENCER, SECRETARY, U.S. DEPARTMENT OF THE NAVY d/b/a NEX NAVY EXCHANGE, ELIZABETH BIRMAN, and WYATT HILL | |

## ORDER RE MOTION TO DISMISS

**AND NOW**, on this 12th day of November, 2020, after careful consideration of Defendants' Motion to Dismiss (ECF 19), Plaintiff's Response (ECF 20), and Defendants' Reply (ECF 21), for the reasons stated in the attached memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** with prejudice.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-5022 Johnson v Spencer\19-5022 Order re MTD.docx

1